FILED
AUG 2 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8747

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| vs. | ) 21 U.S.C. § 952 and 960 |
| Anabel OCEGUEDA, | ) Importation of a Controlled Substance<br>) (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

On or about August 18, 2008, within the Southern District of California, defendant Anabel OCEGUEDA did knowingly and intentionally import approximately 50.26 kilograms (110.57 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Timothy L. Henderson
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 20th DAY OF AUGUST, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Anabel OCEGUEDA

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Timothy Henderson.

On August 18, 2008, Anabel OCEGUEDA (OCEGUEDA) made entry into the United States from Mexico through the Calexico, California west port of entry. OCEGUEDA was the driver of a Chevrolet pickup.

Customs and Border Protection Officer (CBPO) Canine Enforcement Officer (CEO) J. Jones and CBPO E. Pelayo were conducting pre-primary operations when OCEGUEDA made entry into the United States. CBPO Pelayo received a negative Customs declaration from OCEGUEDA. CEO Jones' Narcotic Detector Dog (NDD) alerted to the odor of a controlled substance in the area of the pickup's tires.

OCEGUEDA first told CBPO Pelayo that the pickup belonged to her father. Later, as CBPO Pelayo was escorting OCEGUEDA to the secondary inspection area, OCEGUEDA stated that the vehicle belonged to a friend.

In secondary, CBPO Pelayo continued the inspection of OCEGUEDA. A search of the pickup resulted in the recovery of 24 packages containing a green leafy substance within each of its four (4) wheels. A sample of the substance field-tested positive for marijuana. The combined weight of the packages was 50.26 kilograms (110.57 pounds).